

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-14-00497-CV

David **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE, TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
William Old, Judge Presiding

# O R D E R

On July 7, 2014, appellant filed a notice of appeal from the trial court's June 4, 2014 judgment.[1] On September 30, 2014, appellant filed an affidavit of inability to pay costs in this court. It appears appellant did not file his affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on July 7, 2014, the date his notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later, on July 22, 2014. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construe the affidavit filed in this court as a motion for extension of time to file the affidavit in the trial court. Although the affidavit was filed outside the fifteen-day deadline set forth in Rule 20.1(3), an untimely affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). Accordingly, we **GRANT** the motion to extend time to file an affidavit of inability to pay costs.

We **ORDER** the clerk of this court to send copies of the affidavit and this order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

---

[1] This is the date the notice of appeal was filed in the trial court. The notice of appeal was not forwarded to this court until July 16, 2014. The date of the judgment is based on a statement in the notice of appeal – the clerk's record has not yet been filed.

We further **ORDER** the deadline for filing a contest to the affidavit of indigence is **October 13, 2014**. **Any contest must be filed in this court.** *See* TEX. R. APP. P. 20.1(e)(1).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court